IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WACHOVIA BANK, NATIONAL ASSOCIATION
SUCCESSOR BY MERGER TO SOUTHTRUST BANK                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:05cv698HTW-JCS

CONGRESS STREET PROPERTIES, LLC; NORTHGATE
PROPERTIES, LLC; AND ISAAC K. BYRD, JR.                   DEFENDANTS

### ORDER ALLOWING AMENDMENT OF THE COMPLAINT AND SUBSTITUTION OF SPCP GROUP, LLC, AS PLAINTIFF

CAME NOW on this date on the motion of Wachovia Bank, National Association, Successor by Merger to SouthTrust Bank ("Wachovia") to allow Wachovia to amend the Complaint and Substitute SPCP Group, LLC, as Plaintiff in this proceeding, and the Court being fully advised on the premises, finds that the motion is well-taken, and should be, and is hereby GRANTED.

Plaintiff is directed to file its amended complaint within ten days of entry of this order. Thereafter SPCP Group, LLC shall be substituted, as Plaintiff in this cause, in the place of Wachovia, and Wachovia, the former plaintiff, shall be withdrawn from this cause.

SO ORDERED, this the 23rd day of January, 2006.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE


SUBMITTED BY:

/s Robert H. Walker
Robert H. Walker (MSB# 6890)
Kevin A. Rogers (MSB# 101230)

WELLS MARBLE & HURST, PLLC
317 E. Capitol Street
600 Lamar Life Building
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 355-8321
Facsimile:  (601) 355-4217

**COUNSEL FOR WACHOVIA BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO SOUTHTRUST BANK  AND**

**COUNSEL FOR SPCP GROUP, LLC.**