**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

SPCP GROUP, A DELAWARE LIMITED LIABILITY
COMPANY, AS SUCCESSOR-IN-INTEREST TO WACHOVIA
BANK, NATIONAL ASSOCIATION, AS SUCCESSOR
BY MERGER TO SOUTHTRUST BANK                                                 PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:05cv698HTW-JCS

CONGRESS STREET PROPERTIES, LLC; NORTHGATE
PROPERTIES, LLC; AND ISAAC K. BYRD, JR.                           DEFENDANTS

BYRD & ASSOCIATES, PLLC                                    GARNISHEE/DEFENDANT

ABM REALTY. INC.                                            GARNISHEE/DEFENDANT

**DEFAULT JUDGMENT**

Before the court is the motion of the plaintiff for entry of default judgment in the amount of $1,824,517.94 against the garnishee/defendants Byrd & Associates, PLLC, and ABM Realty, Inc. for their failure to respond in his matter.  Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered default against these parties on March 1, 2007.   The aforesaid amount is a sum certain which was calculated and entered against the defendants in this cause on May 16, 2006.  The supporting affidavit avers that more than thirty (30) days have elapsed since the garnishee/defendants were served with their respective Writs of Garnishment. Accordingly, this court finds that the plaintiff is entitled to a judgment by default against the garnishee/defendants Byrd & Associates, PLLC, and ABM Realty, Inc., jointly and

severally, in the amount of $1,824,517.94, plus interest at the legal rate until paid and all costs of court.

**SO ORDERED AND ADJUDGED**, this the 5th day of March, 2007.

                              s/ HENRY T. WINGATE
                              CHIEF UNITED STATES DISTRICT JUDGE

CIVIL ACTION NO. 3:05cv698HTW-JCS
Default Judgment